IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC<br><br>          Plaintiff,<br><br>    v.<br><br>NEC CORPORATION OF AMERICA, INC.,<br><br><br>          Defendant. | Civil Action No. 6:12-CV-00265-CEH-DAB |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant NEC Corporation of America, Inc. ("NEC") have settled Brandywine's claims for relief against NEC asserted in this case.

NOW, THEREFORE, Brandywine and NEC, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against NEC, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

November 26, 2012                            Respectfully submitted,

                                             */s/ Brian H. VanderZanden*
                                             Brian H. VanderZanden (*pro hac vice*)
                                             Email: bvanderzanden@farneydaniels.com
                                             Farney Daniels LLP
                                             800 S. Austin Ave., Suite 200
                                             Georgetown, TX 78626
                                             Telephone: (512) 582-2831
                                             Facsimile: (512) 582-2829

                                             Christopher T. Hill (FL Bar No. 0868371)
                                             Email: chill@hrkmlaw.com
                                             Steven R. Main (FL Bar No. 0144551)
                                             Email: smain@hrkmlaw.com
                                             HILL, RUGH, KELLER & MAIN, P.L.
                                             390 N Orange Avenue, Suite 1610
                                             Orlando, FL  32801
                                             Telephone: (407) 926-7460
                                             Facsimile: (407) 926-7461

                                             **ATTORNEYS FOR PLAINTIFF**
                                             **BRANDYWINE COMMUNICATIONS**
                                             **TECHNOLOGIES, LLC**


                                             */s/Thomas S. Cargill*
                                             Michael Gay
                                             Fla. Bar No.: 0938191
                                             Thomas S. Cargill
                                             Fla. Bar. No.: 0061430
                                             FOLEY & LARDNER LLP
                                             111 North Orange Avenue, Suite 1800
                                             Orlando, Florida 32801-2386
                                             P. O. Box 2193
                                             Orlando, Florida 32802-2193
                                             Telephone: 407.423.7656
                                             Facsimile: 407.648.1743

                                             **ATTORNEYS FOR DEFENDANT NEC**
                                             **CORPORATION OF AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian H. VanderZanden*
Brian H. VanderZanden