UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

      **Plaintiff,**

v.                                            Case No:  6:12-cv-265-Orl-36DAB

**NEC CORPORATION OF AMERICA, INC.,**

      **Defendant.**
_____/

## **O R D E R**

Before the Court is the Joint Motion to Dismiss (Doc. 26). In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Motion to Dismiss is **GRANTED** (Doc. 26).

2)    This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on November 26, 2012.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record